| | |
|---|---|
| 1 | MARTIN L. FINEMAN, CA State Bar No. 104413<br>DAVIS WRIGHT TREMAINE LLP |
| 2 | One Embarcadero Center, Suite 600<br>San Francisco, California  94111-3611 |
| 3 | Telephone:  (415) 276-6500<br>Facsimile:  (415) 276-6599 |
| 4 | Email: martinfineman@dwt.com |
| 5 | MICHAEL P. CHU<br>CHARLES MCMAHON |
| 6 | TREVOR K. COPELAND<br>LAURA A. LYDIGSEN |
| 7 | BRINKS HOFER GILSON & LIONE<br>NBC Tower, Suite 3600 |
| 8 | 455 North Cityfront Plaza Drive<br>Chicago, IL 60611 |
| 9 | Telephone: (312) 321-4200<br>Facsimile: (312) 321-4299 |
| 10 | Email: mchu@usebrinks.com; cmcmahon@usebrinks.com;<br>tcopeland@usebrinks.com; llydigsen@usebrinks.com |
| 11 | |
| 12 | Attorneys for Defendant AERO PRODUCTS INT'L INC. |
| 13 | KATHRYN G. SPELMAN, CA State Bar No. 154512<br>DANIEL H. FINGERMAN, CA State Bar No. 229683 |
| 14 | MOUNT & STOELKER, P.C.<br>RiverPark Tower, Suite 1650 |
| 15 | 333 West San Carlos Street,<br>San Jose, CA 95110 |
| 16 | Email: kspelman@mount.com; dfingerman@mount.com |
| 17 | Attorneys for SAN FRANCISCO TECHNOLOGY INC. |

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., | ) | Case No. CV-10-02994-JF |
| | ) | |
| Plaintiff, | ) | **STIPULATED ORDER OF** |
| | ) | **DISMISSAL** |
| v. | ) | |
| | ) | |
| AERO PRODUCTS INT'L INC., ET AL. | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

| | |
|---|---|
| 1 | The parties, plaintiff San Francisco Technology, Inc. and defendant Aero Products |
| 2 | International Inc., by counsel, hereby stipulate pursuant to Rule 41(a) of the Federal Rules of |
| 3 | Civil Procedure to the dismissal of all claims against Aero Products International Inc. in the |
| 4 | lawsuit captioned above, with prejudice. Each party shall bear its own costs and attorneys' fees. |

Dated: August 31, 2010

By: Daniel H Fingerman
KATHRYN G. SPELMAN
 CA State Bar No. 154512
DANIEL H. FINGERMAN
 CA State Bar No. 229683
MOUNT & STOELKER, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street,
San Jose, CA 95110
Email: kspelman@mount.com;
dfingerman@mount.com

Attorneys for Plaintiff
SAN FRANCISCO TECHNOLOGY INC.

Dated: August 31, 2010

By: /s/ Martin L. Fineman
MARTIN L. FINEMAN, CA State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

MICHAEL P. CHU
CHARLES M. MCMAHON
TREVOR K. COPELAND
LAURA A. LYDIGSEN
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
Email: mchu@usebrinks.com;
cmcmahon@usebrinks.com;
tcopeland@usebrinks.com;
llydigsen@usebrinks.com

Attorneys for Defendant
AERO PRODUCTS INT'L INC.

I attest that concurrence in the filing of this document has been obtained from Daniel H. Fingerman.

Dated: August 31, 2010    /s/ Martin L. Fineman
                                           Martin L. Fineman

SO ORDERED:

9/3/10
_____                    _____
Date                                   The Honorable Jeremy Fogel
                                       United States District Court Judge