Kathryn G. Spelman, Esq. (SBN 154512)
kspelman@mount.com
Daniel H. Fingerman, Esq. (SBN 229683)
dfingerman@mount.com
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2740
Telephone: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Plaintiff
SAN FRANCISCO TECHNOLOGY INC.

Theodore Remaklus, Esq. (*Pro Hac Vice*)
tremaklus@whepatent.com
Wood, Herron & Evans, LLP
441 Vine Street
2700 Carew Tower
Cincinnati, Ohio 45202
Telephone: (513) 241-2324
Facsimile: 513-421-7269
Attorneys for Plaintiff
KRACO ENTERPRISES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., | Case No. CV10-02994-JF |
| Plaintiff, | |
| vs. | **[PROPOSED]** ORDER SEVERING DEFENDANT KRACO ENTERPRISES LLC |
| AERO PRODUCTS INTERNATIONAL INC.; BP LUBRICANTS USA INC.; BRK BRANDS INC.; CALICO BRANDS INC.; COOPER LIGHTING LLC; DAREX LLC; DEXAS INTERNATIONAL LTD.; DYNA-GRO NUTRITION SOLUTIONS; FISKARS BRANDS INC.; GLOBAL CONCEPTS INC.; HOMAX PRODUCTS INC.; KIMBERLY-CLARK CORPORATION; KRACO ENTERPRISES LLC; LIXIT CORPORATION; MEAD WESTVACO CORPORATION; NUTRITION 21 INC.; OATEY CO.; OPTIMUM TECHNOLOGIES INC.; NEWELL RUBBERMAID INC.; SCHICK MANUFACTURING INC.; THE SCOTTS COMPANY LLC; STERLING INTERNATIONAL INC.; VITAMIN POWER INCORPORATED; WOODSTREAM CORPORATION; 4-D DESIGN INC., | The Honorable Jeremy Fogel<br>Complaint Filed: July 8, 2010 |
| Defendants. | |

Having considered the Joint Stipulation to Sever Defendant Kraco Enterprises LLC:

IT IS HEREBY ORDERED THAT: Defendant Kraco Enterprises be severed from this case. The Clerk shall open a new case number for *San Francisco Technology Inc. v. Kraco Enterprises LLC* and file a copy of the complaint and this stipulation in that new case.

Dated: 9/28/10      BY: _____
                         Hon. Jeremy Fogel

[PROPOSED] OREDER SEVERING DEFENDANT KRACO ENTERPRISES LLC   CASE NO. CV10-02994-JF