Terence J. O'Hara  SBN 144235
**BUSTAMANTE ♦ O'HARA ♦ GAGLIASSO**
333 W. San Carlos Street, 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile:  (408) 977-0746

Attorneys for Defendant,
VITAMIN POWER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., ) | Case No.:  CV 10-02994-HRL |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING** |
| ) | **MOTION TO WITHDRAW BY** |
| vs. ) | **TERENCE J. O'HARA, ESQ. OF** |
| ) | **BUSTAMANTE O'HARA GAGLIASSO** |
| AERO PRODUCTS INTERNATIONAL, ) | **AS COUNSEL FOR DEFENDANT** |
| INC., et al. ) | **VITAMIN POWER, INC.** |
| ) | |
| Defendants. ) | Date: December 3, 2010 |
| ) | Time: 9:00am |
| ) | Dept.: 3, 5th Floor |
| ) | Judge: Honorable Jeremy Fogel |

**THIS MATTER** came before the Court upon the Motion to Withdraw by Terence J. O'Hara, Esq. of Bustamante O'Hara Gagliasso as counsel for Defendant Vitamin Power, Inc. and after considering the Motion to Withdraw, and otherwise being duly advised in the premises and for good cause shown, **IT IS HEREBY ORDERED** that

1.   The Motion to Withdraw if **GRANTED**.

2.   Terence J. O'Hara, Esq., and the law firm of Bustamante O'Hara Gagliasso, are hereby withdrawn as counsel of record for Defendant Vitamin Power, Inc.

3.   Terence J. O'Hara, Esq., and the law firm of Bustamante O'Hara Gagliasso, are hereby relieved of any and all further obligations on behalf of Defendant Vitamin Power, Inc. in this action.

4.   Defendant Vitamin Power, Inc. is hereby granted thirty (30) days to retain successor

counsel before any additional pretrial deadlines or judgments are imposed upon them.

5. All future pleadings, motions, discovery, and any and all other communications concerning this matter shall be sent to David Friedlander, Vitamin Power, Inc., 39 St. Mary's Place, Freeport Industrial Park, Freeport, NY 11520, until such time an successor counsel enters an appearance.

DONE and ORDERED in Chambers at San Jose, California this 30 day of November, 2010.

_____
Jeremy Fogel
**UNITED STATES DISTRICT JUDGE**

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW BY TERENCE J. O'HARA, ESQ. OF BUSTAMANTE O'HARA GAGLIASSO AS COUNSEL FOR DEFENDANT VITAMIN POWER, INC.