Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Phone: (650) 739-3939
Fax: (650) 739-3900
jfroyd@jonesday.com

Attorney for Defendant
The Scotts Company LLC

Kathryn G. Spelman, Esq. (SBN 154512)
Daniel H. Fingerman, Esq. (SBN 229683)
Mount & Stoelker
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473
kspelman@mount.com,
dfingerman@mount.com

Attorneys for Plaintiff
San Francisco Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| San Francisco Technology, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Aero Products International, Inc., BP Lubricants USA Inc., BRH Brands, Inc., Calico Brands, Inc., Cooper Lighting, LLC, Darex LLC, Dexas International Ltd., Dyna-Gro Nutrition Solutions, Fiskars Brands, Inc., Global Concepts, Inc., Homax Products, Inc., Kimberly-Clark Corporation, Kraco Enterprises LLC, Lixit Corporation, Mead Westvaco Corporation, Nutrition 21 Inc., Oatey Co., Optimum Technologies, Inc., Newell Rubbermaid Inc., Schick Manufacturing, Inc., The Scotts Company LLC, Sterling International, Inc., Vitamin Power Incorporated, Woodstream Corporation, 4-D Design, Inc., <br><br> Defendants. | Case No. 5:10-cv-02994-JF <br><br> **STIPULATED ORDER OF DISMISSAL** |

1   The parties, plaintiff San Francisco Technology, Inc. ("SF Tech") and defendant The
2   Scotts Company LLC ("Scotts"), by counsel, hereby stipulate pursuant to Rule 41(a) (1)(A)(i) of
3   the Federal Rules of Civil Procedure to the dismissal of all claims against The Scotts Company
4   LLC in the lawsuit captioned above, with prejudice. Each party shall bear its own costs and
5   attorneys' fees.

6   SF Tech and Scotts agree and stipulate that any and all claims that have been or could
7   have been brought by SF Tech, on behalf of itself, the United States and the general public,
8   regarding Scotts' alleged false marking or advertising or causing or contributing to false marking
9   or advertising under 35 U.S.C. §292 of any product manufactured or sold are fully resolved and
10  are hereby dismissed with prejudice.

11  SF Tech and Scotts agree and stipulate that Scotts and those acting in concert therewith
12  may have a reasonable period of time in which to sell inventory that has been manufactured on or
13  before the date of this order without further liability.

14  SF Tech and Scotts agree and stipulate that SF Tech is in privity with the United States of
15  America and the general public for the purposes of this litigation.

16  IT IS SO AGREED AND STIPULATED.

17

18

19

20

21

22

23

24

25

26

27

28

1  Dated: October 29, 2010                JONES DAY

2
                                          By:    /s/ Jane L. Froyd
3                                                Jane L. Froyd

4                                         Attorney for Defendant
                                          The Scotts Company LLC
5
   Dated: October 29, 2010                Mount & Stoelker, P.C.,
6

7
                                          By:    /s/ Dan Fingerman
8                                                Dan Fingerman

9                                         Attorney for Plaintiff
                                          San Francisco Technology, Inc.
10

11         I attest that concurrence in the filing of this document has been obtained from Jane L.

12  Froyd.

13  Dated: October 29, 2010

14                                        Mount & Stoelker, P.C.,

15

16                                        By:    /s/ Dan Fingerman
                                                 Dan Fingerman
17
                                          Attorney for Plaintiff
18                                        San Francisco Technology, Inc.

19

20  SO ORDERED:

21     12/1/10

22  Date                                  The Honorable Jeremy Fogel
                                          United States District Court Judge
23

24

25

26

27

28