1  Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
   Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
2  Mount & Stoelker, P.C.
3  RiverPark Tower, Suite 1650
   333 West San Carlos Street
4  San Jose CA  95110-2740
   Phone: (408) 279-7000
5  Fax:     (408) 998-1473
   Email: kspelman@mount.com, dfingerman@mount.com
6
7  Counsel for San Francisco Technology Inc.

U.S. District Court
Northern District of California

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>Aero Products International Inc., BP Lubricants USA Inc., BRK Brands Inc., Calico Brands Inc., Cooper Lighting LLC, Darex LLC, Dexas International Ltd., Dyna-Gro Nutrition Solutions, Fiskars Brands Inc., Global Concepts Inc., Homax Products Inc., Kimberly-Clark Corporation, Kraco Enterprises LLC, Lixit Corporation, Mead Westvaco Corporation, Nutrition 21 Inc., Oatey Co., Optimum Technologies Inc., Newell Rubbermaid Inc., Schick Manufacturing Inc., The Scotts Company LLC, Sterling International Inc., Vitamin Power Incorporated, Woodstream Corporation, 4-D Design Inc.<br><br>Defendants | Case No. 5:10-cv-02994-JF-PVT<br><br>**Stipulation for Dismissal of Optimum Technologies Inc. and [Proposed] Order** |

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1     Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff San Francisco Technology Inc. and defendant Optimum Technologies Inc. stipulate to the dismissal with prejudice of all claims against Optimum Technologies Inc.  Each party will bear its own costs and attorney fees.

Date: December 9, 2010      Mount & Stoelker, P.C.
    /s/ Daniel H. Fingerman
Counsel for San Francisco Technology Inc.

Date: December 9, 2010      Leland, Parachini, Steinberg, Matzger & Melnick LLP
    /s/ Steven H. Bovarnick
Counsel for Optimum Technologies Inc.

    As the attorney electronically filing this document, I attest that each above signatory has concurred in this filing.

Date: December 9, 2010      Mount & Stoelker, P.C.,
    /s/ Daniel H. Fingerman
Counsel for San Francisco Technology Inc.

Pursuant to stipulation, it is so ordered.

Date: 1/3/11      _____
Jeremy Fogel, U.S. District Judge